IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES ENDRESS,

    Petitioner,

v.                                    CASE NO. 4:09-cv-00141-MP-AK

WALTER McNEIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 3, Report and Recommendation of the Magistrate Judge, which recommends that this case be transferred to the United States District Court for the Middle District of Florida for all further proceedings. Petitioner has filed no objection to the Report, and the time to do so has passed. For the reasons stated in the Report, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge (Doc. 3) is ADOPTED and incorporated herein.

2.     The Clerk is directed to TRANSFER this case to the United States District Court for the Middle District of Florida.

**DONE AND ORDERED** this  *22nd* day of May, 2009

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge